## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

CHRISTI ANN NOLAN
3250 NOLAN RD
ZANESVILLE, OH  43701

Case No:     06-53611

Judge:       C KATHRYN PRESTON

SSN(S):     XXX-XX-8453

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  June 15, 2010

/s/ Frank M. Pees
_____

Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| BUSINESS EQUIPMENT<br>61 N 4TH ST<br>ZANESVILLE, OH  43701 | 12.99 |